# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                     :   No. 862

                                     :

REAPPOINTMENT TO THE JUVENILE   :   SUPREME COURT RULES DOCKET
COURT PROCEDURAL RULES            :
COMMITTEE                              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of December, 2020, Scott M. Hollander, Esquire, Allegheny County, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing February 1, 2021.